IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION NO. 542, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| ALLIED ERECTING & DISMANTLING CO., INC., Defendant. | : : : : | No. 12-6579 |

## ORDER

**AND NOW**, this **26th** day of **March, 2013**, upon consideration of Plaintiff's Complaint for Declaratory Judgment and Other Relief, Defendant's Answer and Counterclaim for Declaratory Judgment, Plaintiff's Brief in Support of Request for Declaratory Judgment, Defendant's response thereto, Defendant's Brief on the Issues, Plaintiff's response thereto, and for the reasons stated in the Court's March 26, 2013 Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's request for declaratory judgment (Document No. 1) is **GRANTED**.

2. The Court finds that the collective bargaining agreements may be terminated upon reasonable notice.

3. Defendant's counterclaim for declaratory judgment (Document No. 2) is **DENIED**.

4. The Clerk of Court is directed to close the case.

BY THE COURT:

_____
**Berle M. Schiller, J.**